IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>NICOLE PFUND, 　　　　　　　　　　　　　)<br>　　aka Kelly Lasey, Jamie Hart, Stacey 　　)<br>　　Monty, Dana Eisenhower, Tabitha 　　　)<br>　　Rastelli, and Diane Costello, 　　　　　　)<br>　　　　　　Defendant. 　　　　　　　　　　) | Criminal Action No. 06- 23-UNA |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Nicole Pfund as a result of the Indictment returned against her on March 16, 2006.

　　　　　　　　　　　　　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Shannon Thee Hanson
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: March 16, 2006

AND NOW, this __16__ day of __March__ 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Nicole Pfund.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

FILED
MAR 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE