IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　 )　　Criminal Action No. 06- 23 - UNA<br>　　　　　　　　　　　　　　　　　)<br>NICOLE PFUND, 　　　　　　　　　)<br>　aka Kelly Lasey, Jamie Hart, Stacey Monty, )<br>　Dana Eisenhower, Tabitha Rastelli, and　)<br>　Diane Costello, 　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　)　| |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, Nicole Pfund, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (**check all that apply**):

　　___ Crime of violence (18 U.S.C. § 3156)

　　___ Maximum sentence life imprisonment or death

　　___ 10+ year drug offense

　　___ Felony, with two prior convictions in above categories

　　_X_ Serious risk defendant will flee

　　___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

　　_X_ Defendant's appearance as required

　　___ Safety of any other person and the community

FILED

MAR 17 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because (**check one or both**):

    \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney

Date: March 17, 2006