AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

NICOLE PFUND,
a/k/a Kelly Lasey, Jamie Hart, Stacey Monty, Dana Eisenhower, Tabitha Rastelli and Diane Costello

**WARRANT FOR ARREST**

Case Number: CR 06-23-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ NICOLE PFUND _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

BANK FRAUD - ( COUNTS I THRU XIII )

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1344(1) AND 2 _____

PETER T. DALLEO
Name of Issuing Officer

By: [signature]; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MARCH 16, 2006 AT WILMINGTON, DE
Date and Location

FILED MAR 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

EMCF CLINTON, NJ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03-16-06 | JAMES J. DANZ | [signature] James |
| DATE OF ARREST 03-17-06 | U.S. POSTAL INSPECTOR | |

AO 442  (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____