UNITED STATES DISTRICT COURT    FILED IN OPEN
                                COURT 3/24/06 KTK
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           )
                                )
                                )   CASE NO. CR06-23
      vs.                       )
                                )
      NICOLE PFUND              )
                                )
           Defendant.           )

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on MARCH 24th, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until June 2, 2006 The time between the date of this order and June 2, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                Honorable Mary Pat Thynge
                                U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
MAR 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE