OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

April 4, 2006

James J. Haley, Jr., Esq.
Ferrara, Haley, Bevis & Solomon
1716 Wawaset Street
P.O. Box# 188
Wilmington, DE 19806

    Re: United States v. Nicole Pfund;
       Case No. CR 06-23-KAJ

Dear Mr. Haley,

    Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office <u>within 45 days</u> for approval of payment.

    If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

                                  Sincerely,

                                  PETER T. DALLEO, CLERK

                              BY: _____
                                      Deputy Clerk

PTD/kjk
enclosure

cc: AUSA,

FILED
APR 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE