IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-23-KAJ |
| ) | |
| NICOLE PFUND, aka Kelly Lasey, Jarnie ) | |
| Hart, Stacey Monty, Dana Eisenhower, ) | |
| Tabitha Rastelli and Diane Costello, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the above named Defendants having entered a plea of not guilty to the charges pending against them in this Court;

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **June 26, 2006 at 11:30 a.m.**, in chambers. Because this conference is intended for scheduling only, the appearance of Defendants is not required by the Court.

_____
UNITED STATES DISTRICT JUDGE

June 12, 2006
Wilmington, Delaware