# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-23-1-KAJ |
| | ) | |
| NICOLE PFUND, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Shannon T. Hanson, Esquire      Walter P. Matthews, III
United States Dept. of Justice      U.S. Probation & Pretrial Services
District of Delaware      District of Delaware
1007 Orange Street, Suite 700      J. Caleb Boggs Federal Bldg.
P. O. Box 2046      Lockbox #39
Wilmington, DE  19899      844 King Street
     Wilmington, DE  19801

PLEASE TAKE NOTICE that the undersigned will present the attached Motion

to Continue Sentencing before The Honorable Kent A. Jordan at the convenience of the

Court.

JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY, BEVIS & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE  19899
(302) 656-7247
Attorney for Defendant

Dated:   September 27, 2006

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No. 06-23-1-KAJ** |
| | ) | |
| **NICOLE PFUND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO CONTINUE SENTENCING

NOW COMES Defendant Nicole Pfund and hereby moves the Court to continue the October 11, 2006 sentencing for three to four weeks.  In support of her Motion, Defendant states as follows:

1.     Sentencing is scheduled for October 11, 2006 at 4:30 p.m.

2.     Defendant and counsel have received a draft of the pre-sentence report. Said report was surprising to counsel and defendant in that it calculated a criminal history significantly above what defendant and counsel had anticipated.  Defendant and counsel have spoken to the pre-sentence investigation officer, who has confirmed that defendant's criminal history presents a complicated picture.

3.     Defense counsel and defendant require more time to digest the information in the pre-sentence report and to respond to same.

WHEREFORE  the Defendant respectfully requests the Court to enter an Order continuing the sentencing hearing by three to four weeks.


_____
JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY, BEVIS & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE  19899
(302) 656-7247
Attorney for Defendant

Dated:   September 27, 2006


IT IS SO ORDERED this _____ day

of _____, 2006.

_____
                    J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATE OF AMERICA,           )
                                   )
          Plaintiff,               )
                                   )
     v.                            )     Criminal Action No. 06-23-1-KAJ
                                   )
NICOLE PFUND,                      )
                                   )
          Defendant.               )

## CERTIFICATE OF SERVICE

I, JAMES J. HALEY, JR., ESQUIRE, hereby certify that two (2) copies of the

Defendant's Motion to Continue Sentencing were served by mail on  September 27, 2006
upon:

Shannon T. Hanson, Esquire             Walter P. Matthews, III
United States Dept. of Justice         U.S. Probation & Pretrial Services
District of Delaware                   District of Delaware
1007 Orange Street, Suite 700          J. Caleb Boggs Federal Bldg.
P. O. Box 2046                         Lockbox #39
Wilmington, DE  19899                  844 King Street
                                       Wilmington, DE  19801


_____
JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY, BEVIS & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE  19899
(302) 656-7247
Attorney for Defendant

Dated:   September 27, 2006