IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-23-KAJ |
| | ) | |
| NICOLE PFUND, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and hereby states that it does not oppose the Defendant's Motion to Continue Sentencing in this matter, from its currently scheduled date of October 11, 2006, for the three to four week period of time requested in the Defendant's Motion.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: October 4, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Criminal Action No. 06-23-KAJ |
| | ) |
| v. | ) |
| | ) |
| NICOLE PFUND, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 4th day of October 2006, I caused to be filed Government's Response to Defendant's Motion to Continue Sentencing with the Clerk of Court. I further certify that a copy of the foregoing was mailed via First Class Mail to counsel of record as follows:

James J. Haley, Jr., Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899

Walter P. Matthews, III
U.S. Probation & Pretrial Services
District of Delaware
J. Caleb Boggs Federal Building
Lockbox #39
844 King Street
Wilmington, DE 19801

_Marie Steel_
Marie Steel
Legal Assistant