IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-23-KAJ |
| ) | |
| NICOLE PFUND, aka Kelly Lasey, Jamie ) | |
| Hart, Stacey Monty, Dana Eisenhower, ) | |
| Tabitha Rastelli and Diane Costello, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The court having considered the Defendant's motion for a continuance of sentencing (D.I. 19), and the Government having no objection thereto (D.I. 20),

IT IS HEREBY ORDERED that the sentencing scheduled October 11, 2006 at 4:30 p.m. is hereby rescheduled to November 13, 2006 at 12:30 p.m. in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

IT IS FURTHER ORDERED that defendant Nicole Pfund is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **12:00 p.m. on November 13, 2006**.

_____
UNITED STATES DISTRICT JUDGE

October 4, 2006
Wilmington, Delaware