IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-23-KAJ |
| ) | |
| NICOLE PFUND, aka Kelly Lasey, Jamie ) | |
| Hart, Stacey Monty, Dana Eisenhower, ) | |
| Tabitha Rastelli and Diane Costello, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 3rd day of November, 2006,

IT IS HEREBY ORDERED that the sentencing scheduled November 13, 2006 at 12:30 p.m. is hereby rescheduled to November 13, 2006 at 2:00 p.m. in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

IT IS FURTHER ORDERED that defendant Nicole Pfund is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **1:30 p.m. on November 13, 2006**.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Wilmington, Delaware