IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Action No. 06-23-KAJ |
| NICOLE PFUND, | ) ) | |
| Defendant. | ) ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 12, and 13 of the Indictment returned on March 16, 2006.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: November 13, 2006

IT IS SO ORDERED this __14th__ day of __Nov.__, 2006.

_____
HONORABLE KENT A. JORDAN
United States District Court