IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| NICOLE PFUND,<br>**pro se** | :   CRIMINAL: 06-00023-KAJ-1 |

NOTICE OF APPEAL
(Pro Se)

Notice is hereby given that the defendant, NICOLE PFUND, appeals the judgment and commitment entered on November 20, 2006 by the Honorable Kent A. Jordan, United States District Court for the District of Delaware, to the Third Circuit Court of Appeals.

NICOLE PFUND
Pro Se

Dated: November 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| NICOLE PFUND, : | CRIMINAL: 06-00023-KAJ-1 |
| pro se | |

NOTICE OF APPEAL
(Pro Se)

Notice is hereby given that the defendant, NICOLE PFUND, appeals the judgment and commitment entered on November 20, 2006 by the Honorable Kent A. Jordan, United States District Court for the District of Delaware, to the Third Circuit Court of Appeals.

*[signature]*
NICOLE PFUND
Pro Se

Dated: November 21, 2006