IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-23-1-KAJ |
| ) | |
| NICOLE PFUND, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that **Nicole Pfund**, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the sentence of November 13, 2006.

JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY, BEVIS & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE  19899
(302) 656-7247
Attorney for Defendant

Dated:  November 24, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-23-1-KAJ |
| | ) | |
| NICOLE PFUND, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, JAMES J. HALEY, JR., ESQUIRE, hereby certify that two (2) copies of the Notice of Appeal were served by mail on November 24, 2006 upon:

Shannon T. Hanson, Esquire
United States Dept. of Justice
District of Delaware
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899

                                                          /s/ James J. Haley, Jr.
                                                          JAMES J. HALEY, JR., ESQUIRE
                                                          FERRARA, HALEY, BEVIS & COLLINS
                                                          1716 Wawaset Street
                                                          P. O. Box 188
                                                          Wilmington, DE  19899
                                                          (302) 656-7247
                                                          Attorney for Defendant

Dated:  November 24, 2006