OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4938 |

www.ca3.uscourts.gov

November 28, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-4892**
    **USA vs. Pfund**
    **D. C. No. 06-cr-00023**

Dear Mr. Dalleo:

    Receipt is acknowledged on 11/28/06, of notice of appeal filed with the district court on 11/24/06, in the above-captioned case.

    Since the notice of appeal filed on 11/24/06 is duplicative of the appeal already docketed at No. 06-4892, this notice will not be given a new number but will be placed in the file.

                                    Very truly yours,
                                    MARCIA M. WALDRON
                                    Clerk

                               By:  Tonya Y. Wyche
                                  Case Manager

cc:
        James J. Haley Jr., Esq.
        Shannon T. Hanson, Esq.