## FERRARA HALEY BEVIS & COLLINS
### ATTORNEYS AT LAW

LOUIS B. FERRARA, P.A.
JAMES J. HALEY, JR.
ANTONIA S. BEVIS*
PATRICK J. COLLINS*

*ALSO ADMITTED IN PA

1716 WAWASET STREET
P.O. BOX 188
WILMINGTON, DELAWARE 19899
(302) 656-7247  TELEPHONE
(302) 656-8053  TELECOPIER

December 5, 2006

Peter Dalleo
Clerk
U. S. District Court
844 N. King Street, Rm. 4209
Lock Box 18
Wilmington, DE  19801

      Re:    U. S. v. Nicole Pfund
             C.A. No. 06-23-1-KAJ

Dear Mr. Dalleo:

    I am CJA counsel for the above-referenced defendant. Ms. Pfund was sentenced by the District Court on November 13, 2006. She had 10 days from that date to file her appeal.

    Ms. Pfund's finance – Joseph Eisenhower – became anxious about the timely filing of the appeal and appeared at the Clerk's office to file same on November 22, 2006. He was directed to pay $450 to file same and did so.

    Thereafter, I appeared at the Clerk's office on November 24, 2006 and filed a Notice of Appeal for Ms. Pfund. The Clerk advised that since the case involved CJA counsel, the appeal fee was waived.

    Mr. Eisenhower has asked me to assist him in obtaining reimbursement of his $450 payment, since same appears unnecessary.

    Would you please advise how same can be accomplished if Mr. Eisenhower appears at the Clerk's office with the receipt?

December 5, 2006
Page 2

       Thank you for your time and attention.

                                 Very truly yours,

                                 James J. Haley, Jr.

JJH/rsh

cc: Shannon Hanson, Esq.
    Joseph Eisenhower