IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-23-KAJ |
| | ) | |
| NICOLE PFUND, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND SENTENCING HEARING RECORD TO INCLUDE DOCUMENTS RELATING TO DEFENDANT'S CRIMINAL HISTORY/RELEVANT CONDUCT**

Having reviewed the parties' Joint Motion to Amend Sentencing Hearing Record to Include Documents Relating to the Defendant's Criminal History/Relevant Conduct, it is **HEREBY ORDERED** as follows:

(1) The record of the November 13, 2006 sentencing hearing in the above-captioned case **IS REOPENED** and the record **IS AMENDED** to include the documents identified in and appended to the parties' joint motion as Joint Hearing Exhibits 1-6.

_____
The Honorable Kent A. Jordan
United States District Judge

Dated: December 13th, 2006.