Nicole Pfund 05065-015
FDC - Philadelphia
Federal Detention Center
P O Box 562
Philadelphia PA 19106

Honorable Judge Kent A Jordan
c/o Court Clerks Office
844 North King Street
Wilmington, Delaware 19801

RE: Request For new Counsel
Case No. 06-23-1-KAJ

**FILED**
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Honorable Judge Jordan,

This letter pertains to case 06-23-1-KAJ. I am currently being held over at the Federal Detention Center in Philadelphia PA under a 100 month sentence. My case is currently in the appeal process.

I am requesting that a new public defender be appointed to my case. I feel that my current public defender, James Haley, did not represent and also misled me throughout my court process which led to my conviction of 100 months incarceration. As currently stated in my PSI report, I can not afford legal counsel, due to the fact I am currently incarcerated and my only family member is my

fiancée, Joseph Eisenhower, who is a single father and can not carry this financial burden. I fully believe that with a newly qualified appointed public defender or private attorney my appeal will be successful.

If the Courts doesn't accept my request for new legal representation, I am requesting my motion for an appeal bail be granted in order to carry the financial burden in retaining a qualified private attorney.

If bail is granted during this appeal, I am willing to accept all terms and conditions required for release as previously accepted prior to my current sentence.

Thank you in advance for your consideration in this matter.

Sincerely,
Nicole Bunal



Nicole Pfund   Reg.# 05065-D
FDC - Philadelphia
Federal detention center
P.O. Box 562
Philadelphia, Pa 19106

RETURN RECEIPT
REQUESTED

Honorable Judge Kent A. Jordan
c/o Court Clerks office
844 North King street
Wilmington, Delaware 19801