CR06-23 KAJ
Nicole Pfund #05065-015
Federal Prison Camp
Rt. 37
Danbury, CT 06811

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JAN 23  AM 11:02

Judge Kent A. Jordan
844 King Street
Wilmington, Delaware
19899

Dear Honorable Kent A. Jordan,

    I am writing this letter to request any and all documents sent to myself and Mr. Haley. My location has changed since my last letter and I have not received any mail from the court or my attorney. My new address is listed above. Thank you in advance for your attention in this matter.

Sincerely,
Nicole Pfund

Nicole Alind # 05065-015
Federal Prison Camp
Rt 37
Danbury, CT 06811

STAMFORD CT 069
17 JAN 2007 PM 25 L

U.S.M.S.
X-RAY

Judge Kent A. Jordan
c/o Court Clerks office
844 King Street
Wilmington, Delaware
19899

19801+3513