OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2007

TO:   Nicole Pfund
      #05065-015
      Federal Prison Camp
      Route 37
      Danbury, CT 06811

RE:   Address Change
      C.R. No.: 06-23 KAJ
      USCA Case Number 06-4892

Dear Ms Pfund:

A letter has been received by the Clerk's office from you requesting copywork. Your case is pending before the Court of Appeals, 3rd Circuit. You will be advised by that Court as to further developments in your case. All correspondence to this Court should be directed through your attorney James Haley, Jr., Esq.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc: James J. Haley Jr., w/enc