UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
February 20, 2007
BCO-72

### No. 06-4892

United States of America
vs.
Nicole Pfund, Appellant
(District of Delaware Criminal No. 06-cr-00023)

**PRESENT:** FUENTES, <u>Circuit Judge</u>.

Motion by Appellant for refund of the filing fee.

| | |
|---|---|
| **Answer due 3/5/07** | Tonya Wyche   267-299-4938<br>Case Manager |

**O R D E R**

**The foregoing** motion is granted.

By the Court,

/s/ Julio M. Fuentes
**Circuit Judge**

**Dated:** February 23, 2007
CLW/tyw/cc: James F. Haley Jr, Esq.
           Shannon T. Hanson

A True Copy:

Marcia M. Waldron, Clerk