UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-4892**

United States v. Pfund

To:  Clerk

1) Motion by James J. Haley, Jr., Esq. to Withdraw as Counsel for Appellant and for New Counsel to be Appointed

---

The foregoing Motion is granted.  The Clerk will appoint new counsel to represent appellant under the provisions of the Criminal Justice Act.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:   February 27, 2007
tyw/cc:   James J. Haley Jr, Esq.
         Shannon T. Hanson, Esq.
         Ms. Nicole Pfund

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk